# Exhibit 1

STATEMENT OF

Antoine Ward

Taken ___3-31-94___ At __8:00pm__

At ___Area 1 Violent Crimes___

Present ___ASA KLACZYNSKI,___
___Det Boudreau #20435___

This statement taken regarding the ___Shooting Death___
of ___Rodney Collins___ which occurred on ___3.29.94___
at ___5145 S. WINCHESTER___ at ___5:07___ pm.

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

Ward, Antoine

After being advised of his Constitutional Rights and stating that he understood each of those rights, and after being advised and stating that he understood that Steven Klaczynski was an Assistant State's Attorney, a lawyer and prosecutor and not his lawyer, Antoine Ward agreed to give the following statement in summary and not word for word.

Antoine Ward stated that he is 18 years old and that his birthday is ████████ Antoine Ward stated he completed 9th grade at Tilden High School. Antoine Ward stated that he can read and write and demonstrated this by reading Ward, Antoine, ASA St

RFC-Tyler.Henderson  001325

the Constitutional Rights portion of this statement out loud.

Antoine Ward stated that he is a member of the Gangster Disciples and has been so for the past five years. Antoine Ward stated that his street name is "Twon 6". Antoine Ward stated that on March 29, 1994 at approximately 4:50 pm he was on the porch of a house on the middle of the block on Honore between 51st and 52nd street. Antoine Ward stated that he was there working as the "itchy man." Antoine Ward stated that this meant that he was working security at the drug spot. Antoine Ward stated that at this time A.W Carl and M.T came up to him. Antoine Ward stated that he doesn't know Carl's last name but that Carl is the Chief of security for the Gangster Disciples for that area. Antoine Ward stated that M.T.'s real name is Michael Taylor. Antoine Ward was shown a photograph marked peoples exhibit A which Antoine identified as Michael Taylor. Antoine Ward stated that he, Antoine, was holding a Smith and Wosson 9mm semi automatic handgun with a loaded 17 round clip. Antoine Ward Antoine ASA

RFC-Tyler.Henderson  001326

Ward stated that Carl asked Antoine Ward for his gun so he could "take care of business." Antoine Ward stated that taking care of business meant to go shoot some Black Stones on Winchester Street. Antoine Ward stated that the Black Stones are a rival gang and part of People. Antoine Ward stated that the Gangster Disciples are part of the Folks. Antoine Ward stated that he then handed Carl the gun. Antoine Ward stated that Carl then called over Kenneth McGraw whose streetname is "Yogi" and told Yogi to shut down operations for 3 hours. Antoine Ward stated that "shut down operations" meant to stop selling drugs. Antoine Ward stated that he then walked across the and talked to a girl for little bit. Antoine Ward stated that his uncle then drove up in his car and Antoine got in. Antoine Ward stated that he and his uncle drove to a friends house on 50th and Wolcott. Antoine Ward stated that after he got there he heard over 10 shots fired in the direction of 51st and Winchester. Antoine Ward stated that he was treated

Ward, Antoine, ASA

D.S. T. Barton

RFC-Tyler.Henderson  001327

well by the police and Assistant State's Attorney Steve Klaczynski. Antoine Ward was not made any promises in return for this statement nor was he threatened in any way. Antoine Ward understands that he can make any corrections or additions to this statement by asking Steven Klaczynski to do so now. Antoine Ward stated he was given some pops to drink and some cigarettes to smoke. Antoine Ward stated that he was also allowed to use the bathroom. Antoine Ward stated that he is not under the influence of any drugs or alcohol at this time.

Ward, Antoine, ASA

RFC-Tyler.Henderson  001328