# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

REGINALD HENDERSON,  )
)
Plaintiff,  )  No. 2:25-mc-00034-BHL
v.  )
)  Judge Brett H. Ludwig
KENNETH BOUDREAU, *et al.*,  )
)
Defendants.  )

## MOTION TO STAY ENFORCEMENT OF WRIT OF BODY ATTACHMENT

Petitioner Steven Klaczynski moves to stay enforcement of the pending writ of body attachment for Antoine Ward, and states as follows:

1. On September 22, 2025, this Court issued a writ of body attachment directing the U.S. Marshals to apprehend non-party witness Antoine Ward for his failure to comply with a deposition subpoena and subsequent court orders related to his noncompliance. Dkt. 18-1. Mr. Ward has not been arrested by the Marshals, and he did not indicate any willingness to cooperate with his deposition.

2. Undersigned counsel learned today that attorney Steven Fine now represents Mr. Ward in connection with this matter. Petitioner will coordinate Mr. Ward's appearance for his deposition through his attorney, so Petitioner requests this Court stay enforcement of the writ pending Mr. Ward's anticipated compliance.

3. Additionally, Petitioner advises the Court that Plaintiffs Henderson and Tyler, the City of Chicago, and Defendant Chicago Police Officers in both consolidated Northern District of Illinois cases recently settled with each other, leaving only the Cook County-affiliated defendants in the *Henderson* case, including Petitioner. *Henderson v. Boudreau*, 23-CV-4802, Dkt. 291 (N.D. Ill.); *Tyler v. City of Chicago*, 23-

CV-4803, Dkt. 255 (N.D. Ill.). Separately, Cook County filed a motion to enforce a settlement agreement with Plaintiff Henderson, which remains pending and might dispose of all pending claims against the County and Petitioner, potentially rendering Mr. Ward's deposition unnecessary. *See Henderson*, 23-CV-4802, Dkt. 255 (N.D. Ill.). Plaintiff Henderson and Petitioner anticipate jointly requesting a stay of discovery in *Henderson* pending resolution of the County's dispositive motion, and Petitioner will work with Mr. Ward's counsel to schedule a deposition, if needed, after Cook County's motion is resolved.

4. Undersigned counsel will promptly update this Court of any future developments affecting Mr. Ward's deposition.

WHEREFORE, Petitioner respectfully requests this Court stay enforcement of the pending writ of body attachment for Antoine Ward, and whatever other relief this Court deems just and proper.

Date: June 17, 2026

Respectfully submitted,

*/s/ Stephen D. Mehr*

**Steven Klaczynski**

James M. Lydon
Michael C. Stephenson
Stephen D. Mehr
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
smehr@hinshawlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 17, 2026, the foregoing document was filed with the Clerk of Court for the United States District Court for the Eastern District of Wisconsin via CM/ECF. A file-stamped copy will be separately provided to Antoine Ward's counsel, Steven Fine.

*/s/ Stephen D. Mehr*