UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

REGINALD HENDERSON,

Plaintiff,

Case No. 25-mc-0034-bhl

v.

KENNETH BOUDREAU, et al,

Defendants.

---

**ORDER TO FILE JOINT STATUS REPORT**

---

Petitioners Virginia Bigane and Steven Klaczynski are defendants in consolidated civil cases *Henderson v. Boudreau*, No. 23-CV-4802 (N.D. Ill. July 25, 2023) and *Tyler v. City of Chicago*, No. 23-CV-4803 (N.D. Ill. July 25, 2023). This miscellaneous case concerns their attempts to depose Antoine Ward, a third party witness in the consolidated civil cases. On September 22, 2025, the Court found Ward in civil contempt for his failure to appear at his scheduled deposition, and his failure to comply with the Court's earlier order to show cause for his failure to appear. (ECF No. 18.) The Court issued a writ of body attachment directing the U.S. Marshals to apprehend Ward. (ECF No. 18-1.) On June 17, 2026, Petitioners asked the Court to stay the writ of body attachment, as Ward's counsel had contacted them to arrange his deposition. (ECF No. 24.) Petitioners further informed the Court that Ward's deposition may not be necessary, depending on the outcome of a pending motion in the underlying case. (*Id.*) Since then, the docket for the underlying litigation in the Northern District of Illinois shows that the parties have agreed to a settlement. (*See Henderson v. Boudreau*, No. 23-CV-04802-GNA, ECF Nos. 299 & 301.) The parties are instructed to meet and confer and file a status report by October 1, 2026, describing the status of the underlying case and what additional relief, if any, they want from this Court. If the Court does not receive a status report by that date, it will terminate the writ of body attachment and close this miscellaneous matter.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before October 1, 2026, the parties must meet and confer and file a joint status report describing the status of the underlying case, and what additional relief they want from this Court.

Dated at Milwaukee, Wisconsin on September 10, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge